COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



ALBERTICO VALENZUELA, § No. 08-22-00189-CR

Appellant, § Appeal from the

v. § 161st Judicial District Court

THE STATE OF TEXAS, § of Ector County, Texas

Appellee. § (TC# B-19-0301-CR)

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF MAY, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.